IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEROME LEWIS JERRY,

     Appellant,

v.

Case No. 5D23-852
LT Case No. 2017-CF-004750

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed June 20, 2023

3.800 Appeal from the Circuit Court
for Duval County,
R. Anthony Salem, Judge.

Jerome Lewis Jerry, Live Oak, pro se.

Ashley Moody, Attorney General, and
Darcy O. Townsend, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

    AFFIRMED.

EDWARDS, HARRIS and MACIVER, JJ., concur.